```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 JAN TEKINER,

                        Plaintiff,                                          ORDER
                                                                      14-CV-1293 (RRM)
        - against -

 DEPARTMENT OF CORRECTIONS, NYC
 POLICE, 112th PCT., 19th PCT., and
 COMMISSIONER OF POLICE,

                        Defendants.
-------------------------------------------------------------X
```
ROSLYNN R. MAUSKOPF, United States District Judge.

Plaintiff Jan Tekiner, appearing *pro se*, filed this action against defendants alleging violations of his civil rights. By Memorandum and Order dated May 30, 2014, the Court dismissed the complaint with leave to file an amended complaint within thirty days. (Doc. No. 5.) The Court also notified Tekiner that if he failed to file an amended complaint within the time allowed, judgment dismissing this action would be entered. (*Id.*) That Memorandum and Order was sent to plaintiff by the Clerk of Court on June 3, 2014.

More than thirty days have now elapsed and Tekiner has not filed an amended complaint or otherwise responded to the Court.

Accordingly, it is ORDERED that the action is dismissed. The Clerk of Court is directed to enter the accompanying Judgment in favor of defendants, to mail copies of this Order and the Judgment to *pro se* plaintiff, and to close the case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal of this Order would not be taken in good faith; therefore, *in forma pauperis* status is denied for the purposes of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
      August 15, 2014

_____
ROSLYNN R. MAUSKOPF
United States District Judge