UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAN TEKINER,

                Plaintiff,                               **JUDGMENT**
                                                                     12-CV-1293 (RRM)

    - against -

DEPARTMENT OF CORRECTIONS, NYC
POLICE, 112th PCT., 19th PCT., and
COMMISSIONER OF POLICE,

                Defendants.
------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      An Order of the undersigned having been issued this day dismissing plaintiff's claims,

and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      **ORDERED ADJUDGED AND DECREED** that plaintiff take nothing of defendants;

that all claims brought by plaintiff against defendants are dismissed; and that this case is hereby

closed.

                                                                  SO ORDERED.

Dated: Brooklyn, New York                              *Roslynn R. Mauskopf*
       August 15, 2014                                  _____
                                                                    ROSLYNN R. MAUSKOPF
                                                                    United States District Judge